IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER LEE WILLINGHAM, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:23-cv-00082-JAR |
| SHERIFF KEVIN CLARDY, in his official capacity, and ALICIA MANNING, in her individual capacity, | § § § § § | |
| Defendants. | § § | |

**AGREED ORDER GRANTING PLAINTIFF'S
MOTION TO QUASH THIRD-PARTY SUBPOENA**

On this day came on to be considered the Motion to Quash Third-Party Subpoena of Plaintiff Christopher Lee Willingham [Dkt. 81]. The Court has reviewed the pleadings in this matter and has been advised that the parties have reached an agreement that Defendant Sheriff Kevin Clardy's Subpoena Duces Tecum to the Oklahoma State Bureau of Investigation [Dkts. 78, 78-1] should be quashed and will be re-issued subject to agreement of the parties. Accordingly, the Court finds that Plaintiff's Motion to Quash is well taken and should be **GRANTED**.

It is therefore **ORDERED** that Defendant Sheriff Kevin Clardy's Subpoena Duces Tecum to the Oklahoma State Bureau of Investigation is quashed and the Oklahoma State Bureau of Investigation is relieved of any obligation to act thereunder.

So **ORDERED** and **SIGNED** this 25th day of March, 2024.

_____
HONORABLE JUDGE PRESIDING

Dated: March 22, 2024

AGREED AS TO FORM AND SUBSTANCE:

/s/ *John D. Robinson*
Cole B. Ramey, Esq.
Christin J. Jones, Esq. (OK Bar No. 32314)
Karly Stoehr Rodine, Esq. (OK Bar No. 30466)
Maeghan E. Whitehead, Esq.
John D. Robinson, Esq.
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7100
Facsimile: (214) 922-7101
Email: cramey@ktslaw.com
   cjones@ktslaw.com
   krodine@ktslaw.com
   mewhitehead@ktslaw.com
   john.robinson@ktslaw.com

*Attorneys for Plaintiff Christopher Lee Willingham*

/s/ *Howard T. Morrow*
Howard T. Morrow (OK Bar No. 32650)
Jordan L. Miller (OK Bar No. 30892)
**COLLINS ZORN & WAGNER, P.L.L.C.**
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
(405) 524-2070
(405) 524-2078 (facsimile)
htm@czwlaw.com
jlm@czwlaw.com

*Attorneys for Defendant Sheriff Kevin Clardy, in his official capacity*