IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEE WILLINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-82-JAR |
| | ) JURY TRIAL DEMANDED |
| SHERIFF KEVIN CLARDY, in his official capacity, and ALICIA MANNING, in her individual capacity, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE TO TAKE
## DEPOSITION AND NOTICE OF SUBPOENA

You are hereby notified that the Defendant Sheriff Kevin Clardy, in his official capacity, will take the deposition of **Angela Willingham, on June 11, 2024, beginning at 10:00 am, at the United States District Court for the Northern District of Oklahoma, 333 W 4th Street, Witness Room #4-544, Tulsa, OK 74103.** The deposition will be taken upon oral examination before a qualified court reporter, and will continue from day to day until completed. A Subpoena for Angela Willingham to appear and produce documents is attached.

Respectfully submitted,

s/ Jordan L. Miller
Howard T. Morrow, OBA No. 32650
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, P.L.L.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail:  htm@czwlaw.com
         jlm@czwlaw.com

***Attorneys for Defendant Sheriff Kevin Clardy, in his official capacity***

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Cole B. Ramey
Karly Stoehr Rodine
Christin J. Jones
Maeghan E. Whitehead
KILPATRICK TOWNSEND & STOCKTON, LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
cramey@kilpatricktownsend.com
krodine@kilpatricktownsend.com
cjones@kilpatricktownsend.com
mewhitehead@kilpatricktownsend.com
***Attorneys for Plaintiff***

Scott B. Wood, email at: okcoplaw@aol.com
WOOD, PUHL & WOOD, PLLC
4037 E. 49th Street
Tulsa, OK 74135
***Attorney for Defendant Alicia Manning***

s/ Jordan L. Miller
Jordan L. Miller