## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEE WILLINGHAM, ) | |
| Plaintiff(s), ) | |
| ) | Case No.  CIV-23-82-JAR |
| **v.** ) | |
| ) | Date:    11/25/2024 |
| KEVIN CLARDY, *individual and official* ) | |
| *capacity*, ALICIA MANNING, JOSHUA ) | Time:   10:00 am – 10:08 am |
| DALE RICHARDS ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

## MINUTE SHEET
### ZOOM – STATUS HEARING: [125] Motion for Alternative Service

Jason A. Robertson, Judge    Joe Church, Deputy Clerk    K. Anderson, Law Clerk
Chambers – Room 430

**Plaintiff's Counsel:** John Robinson
**Defendant's Counsel:** (Kevin Clardy, *official capacity)* Jordan Miller
**Defendant's Counsel:** (Kevin Clardy, *individual capacity* and Alicia Manning*)* Scott Wood

### MINUTES

| | |
|---|---|
| 10:00 am | Court calls case; counsel announce their appearance for the record. Court discusses the [125] Motion for Alternative Service with all parties. Court will take the motion under advisement. Nothing further by either party. |
| 10:08 am | Adjourn |
| | |
| | |
| | |