IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) CHRISTOPHER LEE WILLINGHAM, )
)
Plaintiff, )
)
v. ) Case No. CIV-23-82-JAR
)
(1) SHERIFF OF MCCURTAIN COUNTY, ) JURY TRIAL DEMANDED
in his official capacity, )
(2) KEVIN CLARDY, in his individual capacity, and)
(3) ALICIA MANNING, in her individual )
capacity, )
)
Defendants. )

**DEFENDANTS' MOTION TO FILE REPLIES TO MOTION FOR SUMMARY JUDGMENT/OBJECTIONS UNDER SEAL**

COME NOW the Defendants ("Defendants"), and pursuant to LCvR 79.1, respectfully move this Court to enter an Order permitting Defendants to file their Replies in support of their Motions for Summary Judgment and Responses to Objections to Motion for Summary Judgment Evidence under seal. In support thereof, Defendants show the Court as follows.

1. Pursuant to this Court's Order, Defendants filed Motions for Summary Judgment in this matter under seal. (Dkt. 204; Dkt. 206; Dkt. 207; Dkt. 214).
2. Plaintiff's Responses to the Motions as well as "Objections to Motion for Summary Judgment Evidence" were also filed under seal.
3. Defendants respectfully request an Order allowing any Replies to their Motions for Summary Judgment, and any Responses to the "Objections to Motion for Summary Judgment Evidence," to be filed under seal as well, for substantially the same reasons that the Motions for Summary Judgment were filed under seal: namely to avoid public dissemination of information about Plaintiff, and allegations of protective order violations.

4. Plaintiff does not object to the request to file these documents under seal.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting Defendants leave to file their Replies to Motions for Summary Judgment, and any Responses to Plaintiff's "Objections to Motion for Summary Judgment Evidence" under seal.

Respectfully submitted,

s/ Jordan L. Miller
Jordan L. Miller, OBA No. 30892
COLLINS ZORN & WAGNER, P.L.L.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: jlm@czwlaw.com

***Attorney for Defendant Sheriff of McCurtain County, in his official capacity***

And

s/ Scott B. Wood
Scott B. Wood, OBA 12536
WOOD, PUHL & WOOD, P.L.L.C.
4037 E. 49th Street
Tulsa, Oklahoma 74105
Telephone: (918) 742-0808
Facsimile: (918) 742-0812
E-mail: okcoplaw@aol.com

***Attorney for Defendants Clardy and Manning, in their individual capacities***

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Cole B. Ramey
Karly Stoehr Rodine
Christin J. Jones
Maeghan E. Whitehead
John Robinson
Zoe Stendara
KILPATRICK TOWNSEND & STOCKTON, LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
cramey@ktslaw.com
krodine@ktslaw.com
cjones@ktslaw.com
mewhitehead@ktslaw.com
john.robinson@ktslaw.com
zstendara@ktslaw.com
***Attorneys for Plaintiff***

s/ Jordan L. Miller
Jordan L. Miller